396 A.2d 25

Commonwealth v. Gray, Appellant.

Submitted December 6, 1976. Susan B. Evans, for appellant; Steven H. Goldblatt, Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated and case remanded to the court below to allow appellant to file supplemental post-verdict motions.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 26

Commonwealth v. Larry Green, Appellant.

Submitted November 14, 1977. Lester G. Nauhaus, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.